**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1188**

SUSAN NEAL MATOUSEK,

Plaintiff - Appellant,

v.

KEFFER REALTY; ARCCO, L.L.C., d/b/a Creed Realty; TIDEWATER MORTGAGE; JIM BELOTE; RON RUNNELLS; CHRIS MILLER; WESLEY RONALD BAGWELL; MIA ROBERSON; ALAN KEFFER; LISA STRONG,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:18-cv-00293-RAJ-LRL)

Submitted: April 25, 2019                          Decided: April 30, 2019

Before FLOYD and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Susan Neal Matousek, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Susan Neal Matousek appeals the district court's order dismissing her second amended complaint for failure to state a claim and for failure to effect timely service. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Matousek's informal brief does not challenge the bases for the district court's disposition, Matousek has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we grant leave to proceed in forma pauperis and affirm the district court's judgment. We deny Matousek's motion for an en banc hearing in May 2019 and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*